UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SITEZEUS, LLC, a Florida
Limited Liability Company,

    Plaintiff,

v.                                        CASE NO.: _____

BOSTON MARKET
CORPORATION, a Foreign Profit
Corporation,

    Defendant.
_____/

## COMPLAINT

Plaintiff, SITEZEUS, LLC ("Plaintiff" or "SiteZeus"), a Florida limited liability company, by and through its undersigned counsel, files this complaint against Defendant BOSTON MARKET CORPORATION ("Boston Market"), and alleges the following:

## THE PARTIES

1. SiteZeus is a Florida limited liability company with its principal place of business located in Hillsborough County, Florida.

2. Defendant Boston Market is a Delaware corporation with its principal place of business located in Golden, Colorado.

## JURISDICTION AND VENUE

3. This is an action for breach of subscription and data service contract, or in the alternative, an action for common law unjust enrichment.

4. This Court has subject matter jurisdiction over this diversity action pursuant to 28 U.S.C. § 1332(a). Namely, this action involves claims between citizens of different states, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

5. Venue is appropriate in this Court, as a substantial part of the events or omissions giving rise to the claims occurred in Hillsborough County, Florida. Specifically, venue is proper in this District and Division because payments were due in Hillsborough County, and the services Plaintiff rendered to Defendant were furnished from this County. *See* 28 U.S.C. § 1391(b)(2).

6. SiteZeus has retained the law firm of Johnson Bokor Ruppel & Burns, LLP and has agreed to pay the firm a reasonable fee for its services.

7. All conditions precedent to the institution, prosecution, and maintenance of this action have occurred, have been performed or have been waived.

## FACTUAL BACKGROUND

8. SiteZeus is a nationwide provider of A.I. powered online platform, internet subscription, and data services, among other things.

9. On July 13, 2021, Boston Market representatives Jarrett Wells and Jignesh Pandya executed a two-year online subscription and data service contract (the "Contract") with SiteZeus. A true and correct copy of the Contract is attached as "**Exhibit A**."

10. The total contract price for SiteZeus's subscription and data services during this two-year period totaled $198,950.00.

11. Under the Contract, Boston Market agreed to pay SiteZeus in quarterly installments of $24,868.75 beginning in July 2021. *See* Ex. A. at 8.

12. Boston Market paid SiteZeus the initial July 2021 quarterly installment.

13. However, Boston Market failed to timely pay the October 2021 installment of $24,868.75.

14. Boston Market later issued a partial payment for the October 2021 installment in the amount of $12,434.38.

15. This partial payment was made on or around April 28, 2022 and constitutes the last payment that Boston Market has made under the Contract.

16. Boston Market has not paid the January 2022, April 2022, or July 2022 quarterly installments as required by the Contract.

17. To date, Boston Market's total outstanding account balance totals $87,040.62 exclusive of interest as prescribed by the Contract.

18. SiteZeus has sent Boston Market several demands for payment, and apart from the partial payment made on April 28, 2022, Boston Market has failed to make their quarterly payments under the Contract to date. *See e.g.*, Correspondence attached as "**Exhibit B**."

19. As Boston Market has failed to comply with SiteZeus's demand for payment under the terms of the Contract, SiteZeus is entitled to the full Contract price of $198,950.00, exclusive of interest, costs, and attorney's fees. *See* Ex. A, Section 12.3 (noting SiteZeus's right to terminate the Contract and accelerate the remaining fees for Boston Market's failure to make timely payments).

20. As a result of Boston Market's breach of the Contract, SiteZeus has retained the undersigned counsel and is obligated to pay them reasonable attorneys' fees and costs in pursuing this matter.

**WHEREFORE**, SiteZeus, LLC demands judgment against Defendant Boston Market Corporation for damages, consequential damages, interest, attorney's fees, costs, and such other relief as this Court deems just and proper.

## COUNT I – BREACH OF CONTRACT

21. SiteZeus reasserts and realleges paragraphs 1 through 20 of this Complaint as if fully restated herein.

22. This is an action for breach of an online subscription and data service contract between SiteZeus and Boston Market.

23. SiteZeus and Boston Market entered into a valid contract July 13, 2021.

24. Under the Contract, Boston Market agreed to pay SiteZeus in quarterly installments of $24,868.75.

25. Apart from the partial payment for the October 2021 quarterly invoice, Boston Market has failed to pay the remainder of this invoice and have failed to make the requisite payments for the January 2022, April 2022, or July 2022 quarters as required by the Contract.

26. To date, Boston Market has refused to pay the deficit amount owed to SiteZeus in the amount of $87,040.62.

27. Boston Market has breached the Contract by refusing to pay the balance owed to SiteZeus.

28. As a result of Boston Market's breach, SiteZeus has suffered damages, is entitled to terminate the contract, and is entitled to the full contract price of $198,950.00, exclusive of interest, costs, and attorney's fees.

29. SiteZeus is entitled to recover attorney's fees and costs incurred in litigating this matter or other matters for collection of late payments under the Contract. *See* Ex. A, Section 5.1.

## COUNT II – UNJUST ENRICHMENT

30. SiteZeus reasserts and realleges paragraphs 1 through 20 of this Complaint as if fully restated herein.

31. This claim is pled in the alternative to Count I in the event the validity of the contract alleged is in question.

32. SiteZeus conferred a benefit to Boston Market by providing it with the subscription and data services from the beginning of the contract period to present date.

33. Boston Market knowingly and voluntarily received and retained the benefit of the services SiteZeus provided in accordance with the Contract.

34. Boston Market has been unjustly enriched by receiving this benefit, and it would be inequitable for them to retain the benefit of SiteZeus's services without paying for the value thereof.

35. Should it be found that there is no enforceable contract between the parties, there would be no adequate or available legal remedy available to SiteZeus.

**WHEREFORE**, SiteZeus, LLC demands judgment against Defendant Boston Market Corporation for damages, consequential damages, interest, attorney's fees, costs, and such other relief as this Court deems just and proper.

Dated: August 5, 2022                    Respectfully submitted,

**JOHNSON POPE BOKOR RUPPEL & BURNS, LLP**

*/s/ Christopher T. Lawson*
Christopher T. Lawson, Esq., *Lead Counsel*
Florida Bar No. 1025196
401 E. Jackson Street, Suite 3100
Tampa, FL 33602
ChristopherL@jpfirm.com (Primary Email)
BrendaH@jpfirm.com (Secondary Email)
ConnieL@jpfirm.com (Secondary email)
(813) 225-2500 (Telephone)
(813) 223-7118 (Facsimile)
*Attorneys for Plaintiff*